IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director - NCR,
DARYL KOSIAK, Regional Counsel - NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden – ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DE    COLORADO

JUL 27 2006

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTIONS

On July 27, 2006, Plaintiff Timothy Doyle Young, a federal prisoner, submitted to the Court a Motion Relief from Order Rule # 60(b), Motion for Clarification, and Motion Rule 62: Stay. The Motions will be denied.

On June 29, 2006, Plaintiff was instructed to submit to the Court a new prisoner complaint form and to list in "Section A." of the Court-approved prisoner complaint form

the same names of Defendants that appear in the caption. Plaintiff has failed to provide to the Court a listing of the same named Defendants in "Section A." of the Complaint form.

Plaintiff again is directed to use the Court-approved form that he was directed to use in the Court's June 29, 2006, Order and to list the same named Defendants in "Section A.," which is found on page two of the Court-approved form, that he lists in the caption. Plaintiff should note that in the Complaint he submitted to the Court on June 23, 2006, he failed to use the page two that is included in the Court-approved form. Accordingly, it is

ORDERED that Plaintiff's Motion Relief from Order Rule # 60(b), Motion for Clarification, and Motion Rule 62: Stay, all filed on July 27, 2006, are denied. It is

FURTHER ORDERED that Plaintiff has **thirty days from the date of this Order** to cure the designated deficiency identified in the June 29, 2006, Order if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Plaintiff fails to cure the deficiency within thirty days of the date of the instant Order the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 28th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/27/06

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk