IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

   Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director-NCR,
DARYL KOSIAK, Regional Counsel-NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden-ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

   Defendants.

---

ORDER DENYING MOTIONS

---

On July 27, 2006, Plaintiff Timothy Doyle Young, a federal prisoner, submitted to the Court a Motion for Leave to File Interlocutory Appeal and a Motion to Strike Order to Cure Deficiency. The Motions will be denied.

In the Motion for Leave to File Interlocutory Appeal, Plaintiff states the he is requesting "leave to file an Interlocutory Appeal for the dismissal of this case."

Plaintiff's Motion is nonsensical in that interlocutory appeals involve district court orders that otherwise are not appealable. Seeking an interlocutory appeal for the dismissal of a case is inappropriate. Furthermore, to the extent that Plaintiff is requesting pursuant to 28 U.S.C. § 1292(b) that the Court should certify the appeal, Plaintiff's appeal is not appropriate under § 1292(b).

As for Plaintiff's Motion to Strike Order to Cure Deficiency, the Motion will be denied as redundant and unnecessary. Plaintiff filed the same Motion to Strike on July 12, 2006. The Court dealt with the July 12 Motion in the July 28, 2006, Order, construed the motion as an Objection, and overruled the Objection.

Plaintiff also is directed to refrain from filing unnecessary motions with the Court. His filings border on being malicious and may subject him to possible sanctions. Accordingly, it is

ORDERED that Plaintiff's Motion for Leave to File Interlocutory Appeal, filed July 27, 2006, is denied as inappropriate. It is

FURTHER ORDERED that Plaintiff's Motion to Strike Order to Cure Deficiency, filed July 27, 2006, is denied as redundant and unnecessary.

DATED at Denver, Colorado, this 2 day of Aug., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   8-3-06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk