IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director-NCR,
DARYL KOSIAK, Regional Counsel-NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden-ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

    Defendants.

---

ORDER GRANTING 28 U.S.C. § 1915 MOTION

---

Plaintiff Timothy Doyle Young is a prisoner in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Mr. Young has filed a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. The motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information about his financial status, the Court finds that Mr. Young is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Young may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Young remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Young may proceed in this action without payment of an initial partial filing fee. Mr. Young remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Young shall make monthly payments to the court of twenty (20) percent of the preceding

month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment.  Mr. Young is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  In order to show cause, Mr. Young must file a current certified copy of his trust fund account statement.  It is

FURTHER ORDERED that if Mr. Young fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED August 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____ 8-16-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk