IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director-NCR,
DARYL KOSIAK, Regional Counsel-NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden-ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On August 30, 2006, Plaintiff filed a document titled "Ex Parte Motion to Expunge Record." In the Motion, he requests that this Court either expunge or dismiss appeals he has filed in the United States Court of Appeals for the Tenth Circuit. This Court lacks jurisdiction over Plaintiff's appeals filed in the Tenth Circuit. The Motion, therefore, is inappropriate and will not be considered by this Court.

Dated: August 31, 2006

Copies of this Minute Order mailed on August 31, 2006, to the following:

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk