IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
CLERK

TIMOTHY DOYLE YOUNG,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director - NCR,
DARYL KOSIAK, Regional Counsel - NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden – ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

Defendants.

---

ORDER OVERRULING OBJECTION

---

On September 8, 2006, Plaintiff Timothy Doyle Young, a federal prisoner, submitted to the Court a *pro se* document titled "Objections to Order to File an Amended Complaint." In the document, Mr. Young objects to Magistrate Judge Boyd

N. Boland's August 21, 2006, Order directing him to file an Amended Complaint. The Court will construe the document liberally as an Objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A).

Pursuant to § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's August 21, 2006, Order neither is clearly erroneous nor contrary to law. Therefore, Plaintiff's Objection will be overruled. Accordingly, it is

ORDERED that the Objections to Order to File an Amended Complaint, filed September 8, 2006, is construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that Plaintiff has **thirty days from the date of this Order** to file an Amended Complaint if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Plaintiff fails to amend the Complaint within thirty days of the date of the instant Order the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this  15  day of  Sept , 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/15/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk