IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director NCR,
DARYL KOSIAK, Regional Counselor NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSON, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

        Defendants.

## ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

    Plaintiff submitted a Motion for Leave to file an Interlocutory Appeal on September 27, 2006, which is being treated as a Notice of Appeal. The court has determined that the document is deficient as described in this order.

1

Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
   <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   <u> X </u>   is not submitted
   ___   is missing affidavit
   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   ___   is missing required financial information
   ___   is missing an original signature by the prisoner
   ___   is not on proper form (must use the court's current form)
   ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number indicated above. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order the court of appeals will be so notified.

Dated September 29, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge