IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director-NCR,
DARYL KOSIAK, Regional Counsel-NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden-ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 6 - 2006

GREGORY C. LANGHAM
               CLERK

---

## ORDER STRIKING MOTION

---

On September 27, 2006, Plaintiff Timothy Doyle Young, a federal prisoner, submitted to the Court a Motion for Leave to File Interlocutory Appeal. The Motion filed September 27, 2006, is a second motion requesting leave to file an interlocutory appeal submitted to the Court by Plaintiff.

Plaintiff's Motion is redundant and simply a restatement of the "Objections to Order to File an Amended Complaint" that he filed on September 8, 2006. The Court overruled Mr. Young's Objection on September 15, 2006. Furthermore, to the extent that Plaintiff is requesting pursuant to 28 U.S.C. § 1292(b) that the Court should certify an appeal, Plaintiff's request for an interlocutory appeal is not appropriate under § 1292(b).

Nonetheless, Plaintiff was directed in the Court's August 3, 2006, Order that he was to refrain from filing unnecessary motions with the Court. He was also told that his filings border on being malicious and that any further unnecessary and redundant filings would subject him to sanctions. The Motion filed on September 27, 2006, is unnecessary, redundant, and malicious. The Motion, therefore, will be stricken. Accordingly, it is

ORDERED that Plaintiff's Motion for Leave to File Interlocutory Appeal, filed September 27, 2006, shall be stricken.

DATED at Denver, Colorado, this __5__ day of __Oct.__, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10-6-06__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk