IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,
    Plaintiff,
v.

U.S. DEPT. OF JUSTICE, *et al.*,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2006

GREGORY C. LANGHAM
    CLERK

---

ORDER TO CORRECT RECORD

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the court's Order filed July 27, 2006 (doc. # 17). Plaintiff has brought to the court's attention that the signature line reflects an incorrect date. The Order was file-stamped and mailed to Plaintiff on July 27, 2006. The date reflected on page 3 line 18 of the Order is incorrect. Accordingly,

    IT IS ORDERED that the court's Order filed July 27, 2006 is hereby CORRECTED to reflect that it was signed by Magistrate Judge Craig B. Shaffer on July 27, 2006.

    DATED at Denver, Colorado, this 16th day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/17/06

GREGORY C. LANGHAM, CLERK

By: _/s/ Andrea_
Deputy Clerk