## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director-NCR,
DARYL KOSIAK, Regional Counsel-NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden-ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On October 25, 2006, Plaintiff filed a document titled "Request for Order." The Complaint and action were dismissed on October 26, 2006. The Request (Doc. No. 55) is denied as moot.

Dated: December 13, 2006

Copies of this Minute Order mailed on December 13, 2006, to the following:

Timothy Doyle Young
Reg. No. 60012-001
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk