# United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    JAN 0 4 2007

GREGORY C. LANGHAM
              CLERK
```

January 4, 2007

Mr. Timothy Doyle Young
USP Florence ADMAX
#60012-001
P.O. Box 8500
Florence, CO 81226-8500

    Re:    06-1517, In re: Timothy Young
            Dist/Ag docket: 06-cv-1253-BNB

Dear Petitioner:

    Enclosed is a copy of the order dismissing this case.

    Please contact this office if you have questions.

                            Sincerely,

                            Elisabeth A. Shumaker
                            Clerk, Court of Appeals


                      By:
                            Deputy Clerk

clk:klp

cc:
    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: TIMOTHY DOYLE YOUNG,

Petitioner.

No. 06-1517
(D.C. No. 06-cv-1253-BNB)

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By:

Deputy Clerk

ORDER

Filed January 4, 2007

Appellant's motion to withdraw petition is granted. Fed. R. App. P. 42(b).

Petitioner remains responsible for payment of the $455.00 filing fee.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by:

Deputy Clerk