IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director, NCR,
DARYL KOSIAK, Regional Counsel, NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden, ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSONS, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 1 2007

GREGORY C. LANGHAM
CLERK

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit (Tenth Circuit), filed in this action on May 21, 2007, the case is reinstated in keeping with **Jones v. Bock**, 127 S. Ct. 910 (Jan. 22, 2007). The action will be referred to Magistrate Judge Boyd N. Boland for further initial review. Plaintiff is given the opportunity to file one additional pleading, an Amended Complaint that complies

Dockets.Justia.com

with the Federal Rules of Civil Procedure. Mr. Young also is cautioned that if he files any repetitive or frivolous motions he will forfeit his opportunity to file an Amended Complaint. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit, filed in this action on May 21, 2007. It is

FURTHER ORDERED that the Amended Complaint and the action will be referred to Magistrate Judge Boyd N. Boland for further initial review. It is

FURTHER ORDERED that Plaintiff file an Amended Complaint in keeping with the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Young, together with a copy of this Order, two copies of a Prisoner Complaint form. It is

FURTHER ORDERED that if Mr. Young fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Young's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, Document No. 72, filed September 21, 2006, is DENIED as moot.

DATED at Denver, Colorado, this 31 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01253-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 6/1/07

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk