IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01253-ZLW

TIMOTHY DOYLE YOUNG,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
ALBERTO GONZALES, Atty. General,
HARLEY LAPPIN, BOP Director,
HARRELL WATTS, Appeals Administrator,
MICHAEL NALLEY, Regional Director NCR,
DARYL KOSIAK, Regional Counselor NCR,
MR. WERLICK, Previous Unit Manager,
R. WILEY, Warden ADX,
CAPT. BAUER, Health Systems Administrator,
MS. BAILEY, Psychologist,
MR. COLLINS, Unit Manager,
MR. SUDLOW, Case Manager,
MR. HAYGOOD, Counselor,
MR. DEAKINS, Recreation Supervisor,
MR. BELLANTONI, Education Supervisor,
MS. PARSON, Law Library Worker,
MS. REAR, Adm. Remedy Coordinator, and
MS. HAYS, Adm. Remedy Clerk,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on July 31, 2007 and a Amended Notice of Appeal on August 2, 2007 . The court has determined that the documents are deficient as described in this

1

order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X     is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X     is not submitted
    __     is missing affidavit
    __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __     is missing required financial information
    __     is missing an original signature by the prisoner
    __     is not on proper form (must use the court's current form)
    __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __14__ day of _____August_____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court